**Robert Lee NEALY, Petitioner— Appellant,**

**v.**

**UNITED STATES of America; John J. Lamanna, Warden at FCI Edgefield, Respondents—Appellees.**

**No. 07–6933.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 25, 2007.

Robert Lee Nealy, Appellant pro se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Nealy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nealy v. United States*, No. 8:05–cv–2933–RBH, 2007 WL 1290262 (D.S.C. Apr.30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*